# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: HEAVER, JEANNINE VICTORIA | § Case No. 09-73096 |
| | § |
| LAYOFF, JEANNINE VICTORIA | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
327 South Church Street, Room #1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 09/24/2014 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 08/29/2014     By: /s/JOSEPH D. OLSEN
                                          Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: HEAVER, JEANNINE VICTORIA | § | Case No. 09-73096 |
| | § | |
| LAYOFF, JEANNINE VICTORIA | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $     41,178.16

*and approved disbursements of*               $     13,244.44

*leaving a balance on hand of* [1]             $     27,933.72

**Balance on hand:**                            $     27,933.72

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:      $          0.00
Remaining balance:                            $     27,933.72

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 4,717.82 | 0.00 | 4,717.82 |
| Trustee, Expenses - JOSEPH D. OLSEN | 10,177.04 | 0.00 | 10,177.04 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 7,515.00 | 0.00 | 7,515.00 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

Total to be paid for chapter 7 administration expenses:   $     22,659.86
Remaining balance:                                         $      5,273.86

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $            0.00
Remaining balance:   $        5,273.86

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $            0.00
Remaining balance:   $        5,273.86

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,140.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 27.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 9,454.67 | 0.00 | 2,605.09 |
| 2 | Chase Bank USA, N.A. | 189.75 | 0.00 | 52.29 |
| 3 | PYOD LLC its successors and assigns as assignee of | 4,660.00 | 0.00 | 1,283.99 |
| 4 | FIA CARD SERVICES, NA/BANK OF AMERICA | 2,632.43 | 0.00 | 725.32 |
| 5 | Midland Funding LLC | 1,827.46 | 0.00 | 503.53 |
| 6 | Midland Funding LLC | 376.16 | 0.00 | 103.64 |

Total to be paid for timely general unsecured claims:   $        5,273.86
Remaining balance:   $            0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 107,161.25 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Branch Banking & Trust Co. | 0.00 | 0.00 | 0.00 |
| 7-2 | Branch Banking & Trust Co. | 107,161.25 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 09-73096-TML
Jeannine Victoria Heaver                                                Chapter 7
          Debtor                    CERTIFICATE OF NOTICE
District/off: 0752-3           User: lorsmith                Page 1 of 2                  Date Rcvd: Sep 02, 2014
                               Form ID: pdf006               Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2014.
db            #+Jeannine Victoria Heaver,    3803 Greenwood Drive,    Wonder Lake, IL 60097-8851
20847049      +Branch Banking & Trust Co.,    C/O Kim M. Casey,    Holmstrom & Kennedy,PC.,
                800 North Church Street,    Rockford, IL 61103-6978
22100690      +Branch Banking & Trust Co.,    c/o Rebecca S Vicario,    55 West Monroe Street, Suite 1200,
                Chicago IL 60603-5127
20845154      +Branch Banking & Trust Co.,    c/o Attorney Kim M. Casey,    800 North Church Street,
                P.O. Box 589,    Rockford, IL 61105-0589
14213727       Centegra Heath System,    P.O. Box 1990,    Woodstock, IL 60098-1990
14213728       Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
14540742       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14603975      +Chase Bank USA, N.A.,    C/O Creditors Bankruptcy Service,    P.O. Box 740933,
                Dallas, TX 75374-0933
14213729       Fashion Bug,    P.O. Box 84073,    Columbus, GA 31908-4073
14213730      +Harris Bank,    P.O. Box 5043,    Rolling Meadows, IL 60008-5043
14213734       Maurices,    P.O. Box 182273,    Columbus, OH 43218-2273
14213735      +Miller Dental,    600 Kakota Street Suite A,    Crystal Lake, IL 60012-3742
14213737      +Scott Heaver,    9708 Wood Lane,    Hebron, IL 60034-9514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14213726      +E-mail/Text: bankruptcy@bbandt.com Sep 03 2014 03:11:28      BB & T Mortgage,    P.O.. Box 2027,
                Greenville, SC 29602-2027
14802651       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 03 2014 03:28:46
                FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
                Oklahoma City, OK 73124-8809
14828857      +E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2014 03:28:25
                GE Money Bank dba JCPENNEY CREDIT SERVICES,    % Recovery Management Systems Corp,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14828856      +E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2014 03:31:01      GE Money Bank dba SAM'S CLUB,
                % Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14213731       E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2014 03:28:24      JC Penney,    P.O. Box 981403,
                El Paso, TX 79998-1403
14213733       E-mail/Text: bnckohlsnotices@becket-lee.com Sep 03 2014 03:11:13       Kohls,    P.O. Box 3043,
                Milwaukee, WI 53201-3043
19931735       E-mail/PDF: rmscedi@recoverycorp.com Sep 03 2014 03:25:51      Midland Funding LLC,
                By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,    Miami, FL 33131-1605
14727319      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 03 2014 03:28:29
                PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
19931737       E-mail/PDF: rmscedi@recoverycorp.com Sep 03 2014 03:31:05
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
14213736       E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2014 03:28:24      Sam's Club,    P.O. Box 981064,
                El Paso, TX 79998-1064
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22096597       Branch Banking & Trust Co.
14213725     ##Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
14213732    ##+Kirsten Reay,    5323 E. Wonderlake Road,    Wonder Lake, IL 60097-9051
                                                                                        TOTALS: 1, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2014                           Signature:  /s/Joseph Speetjens

```
District/off: 0752-3          User: lorsmith              Page 2 of 2                  Date Rcvd: Sep 02, 2014
                              Form ID: pdf006             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2014 at the address(es) listed below:

```
          Amy A Aronson    on behalf of Defendant    Branch Banking & Trust Company amyaronson@comcast.net,
           amyaronson@comcast.net
          Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
          David A Aaby    on behalf of Plaintiff Joseph D. Olsen daablaw@yahoo.com
          Gary C Flanders    on behalf of Defendant Jeannine V. Heaver garyflanders@sbcglobal.net
          Gary C Flanders    on behalf of Debtor Jeannine Victoria Heaver garyflanders@sbcglobal.net
          Joseph D Olsen    on behalf of Plaintiff Joseph D Olsen jolsenlaw@aol.com
          Joseph D Olsen    Jolsenlaw@comcast.net, IL46@ECFCBIS.com
          Joseph D Olsen    on behalf of Trustee Joseph D Olsen jolsenlaw@aol.com
          Joseph D Olsen    on behalf of Spec. Counsel David A. Aaby Jolsenlaw@comcast.net, IL46@ECFCBIS.com
          Kim M. Casey    on behalf of Defendant    Branch Banking & Trust Company kcasey@holmstromlaw.com,
           pvillalobos@holmstromlaw.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Rebecca S Vicario    on behalf of Creditor    Branch Banking & Trust Co. bvicario@stahlcowen.com
          Ronald A Damashek    on behalf of Defendant    Branch Banking & Trust Company
           rdamashek@stahlcowen.com
          Ronald A Damashek    on behalf of Creditor    Branch Banking & Trust Co. rdamashek@stahlcowen.com
                                                                                             TOTAL: 14
```