**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: HEAVER, JEANNINE VICTORIA | § | Case No. 09-73096 |
| | § | |
| LAYOFF, JEANNINE VICTORIA | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $40,381.00
*(without deducting any secured claims)*

Assets Exempt: $0.00

Total Distribution to Claimants: $5,273.86

Claims Discharged
Without Payment: $124,182.86

Total Expenses of Administration: $34,404.30

3)  Total gross receipts of $     41,178.16     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $     1,500.00   (see **Exhibit 2**), yielded net receipts of  $39,678.16 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $113,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 250.00 | 26,889.30 | 34,404.30 | 34,404.30 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 17,155.00 | 233,462.97 | 126,301.72 | 5,273.86 |
| **TOTAL DISBURSEMENTS** | $130,405.00 | $260,352.27 | $160,706.02 | $39,678.16 |

4)  This case was originally filed under Chapter 7 on July 27, 2009. The case was pending for 63 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _11/14/2014_____   By: _/s/JOSEPH D. OLSEN_____
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 ─GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Residence located at 11411 Maple Ave. | 1110-000 | 32,500.00 |
| State Farm (claim re: water/freezing damage) | 1249-000 | 8,678.16 |
| **TOTAL GROSS RECEIPTS** | | **$41,178.16** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 ─FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Jeannine V. Heaver | Debtor homestead exemption | 8100-002 | 1,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,500.00** |

## EXHIBIT 3 ─SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | BB & T Mortgage | 4110-000 | 105,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank | 4110-000 | 8,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$113,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 ─CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 4,717.82 | 4,717.82 | 4,717.82 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 10,177.04 | 10,177.04 | 10,177.04 |
| United States Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Yalden, Olsen & Willette | 3110-000 | N/A | 0.00 | 7,515.00 | 7,515.00 |
| Chase Bank USA, N.A. | 2820-000 | N/A | 972.40 | 972.40 | 972.40 |
| Chicago Title & Trust Company | 2500-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| Chicago Title & Trust Company | 2500-000 | N/A | 442.50 | 442.50 | 442.50 |
| Chicago Title & Trust Company | 2500-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| Chicago Title & Trust Company | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| Chicago Title & Trust Company | 2500-000 | N/A | 3.00 | 3.00 | 3.00 |
| Chicago Title & Trust Company | 2500-000 | N/A | 100.00 | 100.00 | 100.00 |
| Chicago Title & Trust Company | 2500-000 | N/A | 32.50 | 32.50 | 32.50 |
| Chicago Title & Trust Company | 2500-000 | N/A | 16.25 | 16.25 | 16.25 |
| Chicago Title & Trust Company | 3510-000 | N/A | 1,770.00 | 1,770.00 | 1,770.00 |
| Chicago Title & Trust Company | 3510-000 | N/A | 775.00 | 775.00 | 775.00 |
| Chicago Title & Trust Company | 2500-000 | N/A | 40.07 | 40.07 | 40.07 |
| Chicago Title & Trust Company | 2500-000 | N/A | 659.03 | 659.03 | 659.03 |
| Chicago Title & Trust Company | 2500-000 | N/A | 111.25 | 111.25 | 111.25 |
| Chicago Title & Trust Company | 2820-000 | N/A | 2,731.88 | 2,731.88 | 2,731.88 |
| Rabobank, N.A. | 2600-000 | N/A | 18.37 | 18.37 | 18.37 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 21.62 | 21.62 | 21.62 |
| Rabobank, N.A. | 2600-000 | N/A | 30.22 | 30.22 | 30.22 |
| United States Bankruptcy Court | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |
| Rabobank, N.A. | 2600-000 | N/A | 34.01 | 34.01 | 34.01 |
| Rabobank, N.A. | 2600-000 | N/A | 29.70 | 29.70 | 29.70 |
| Rabobank, N.A. | 2600-000 | N/A | 36.57 | 36.57 | 36.57 |
| Rabobank, N.A. | 2600-000 | N/A | 46.29 | 46.29 | 46.29 |
| David A. Aaby | 3210-600 | N/A | 885.00 | 885.00 | 885.00 |
| Rabobank, N.A. | 2600-000 | N/A | 38.79 | 38.79 | 38.79 |
| Rabobank, N.A. | 2600-000 | N/A | 44.76 | 44.76 | 44.76 |
| Rabobank, N.A. | 2600-000 | N/A | 41.98 | 41.98 | 41.98 |
| Rabobank, N.A. | 2600-000 | N/A | 37.86 | 37.86 | 37.86 |
| Rabobank, N.A. | 2600-000 | N/A | 39.16 | 39.16 | 39.16 |
| Rabobank, N.A. | 2600-000 | N/A | 43.15 | 43.15 | 43.15 |
| Rabobank, N.A. | 2600-000 | N/A | 40.39 | 40.39 | 40.39 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 26.47 | 26.47 | 26.47 |
| Rabobank, N.A. | 2600-000 | N/A | 38.96 | 38.96 | 38.96 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 44.26 | 44.26 | 44.26 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$26,889.30** | **$34,404.30** | **$34,404.30** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | 9,150.00 | 9,454.67 | 9,454.67 | 2,605.09 |
| 2 | Chase Bank USA, N.A. | 7100-000 | N/A | 189.75 | 189.75 | 52.29 |
| 3 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 4,660.00 | 4,660.00 | 1,283.99 |
| 4 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 2,600.00 | 2,632.43 | 2,632.43 | 725.32 |
| 5 | Midland Funding LLC | 7100-000 | 1,900.00 | 1,827.46 | 1,827.46 | 503.53 |
| 6 | Midland Funding LLC | 7100-000 | 350.00 | 376.16 | 376.16 | 103.64 |
| 7 | Branch Banking & Trust Co. | 7200-000 | N/A | 107,161.25 | 0.00 | 0.00 |
| 7 -2 | Branch Banking & Trust Co. | 7200-000 | N/A | 107,161.25 | 107,161.25 | 0.00 |
| NOTFILED | Centegra Heath System | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls | 7100-000 | 160.00 | N/A | N/A | 0.00 |
| NOTFILED | Kirsten Reay | 7100-000 | 1,335.00 | N/A | N/A | 0.00 |
| NOTFILED | Fashion Bug | 7100-000 | 260.00 | N/A | N/A | 0.00 |
| NOTFILED | Miller Dental | 7100-000 | 600.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Maurices | 7100-000 | 200.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $17,155.00 | $233,462.97 | $126,301.72 | $5,273.86 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-73096

**Case Name:** HEAVER, JEANNINE VICTORIA

**Period Ending:** 11/14/14

**Trustee:** (330400)   JOSEPH D. OLSEN

**Filed (f) or Converted (c):** 07/27/09 (f)

**§341(a) Meeting Date:** 08/26/09

**Claims Bar Date:** 12/18/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence located at 11411 Maple Ave. | 105,000.00 | 0.00 | | 32,500.00 | FA |
| 2 | cash | 20.00 | 0.00 | | 0.00 | FA |
| 3 | checking Woodforest Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | checking Woodforest Bank | 1.00 | 0.00 | | 0.00 | FA |
| 5 | 3 beds, 2 dressers, 1 sofa, 1 chair, 2 tvs, 1 dv | 1,200.00 | 0.00 | | 0.00 | FA |
| 6 | dvds with estimated retail value of $200.00 | 50.00 | 0.00 | | 0.00 | FA |
| 7 | clothing with estimated retail value of $400.00 | 200.00 | 0.00 | | 0.00 | FA |
| 8 | jewelry with estimated retail value of $60.00 | 30.00 | 0.00 | | 0.00 | FA |
| 9 | camera with estimated retail value of $40.00 | 20.00 | 0.00 | | 0.00 | FA |
| 10 | bicycle with estimated retail value of $20.00 | 10.00 | 0.00 | | 0.00 | FA |
| 11 | Life insurance with death benefit only. | 0.00 | 0.00 | | 0.00 | FA |
| 12 | 401(k) | 30,000.00 | 0.00 | | 0.00 | FA |
| 13 | walmart stock approximately 30 shares | 1,400.00 | 0.00 | | 0.00 | FA |
| 14 | $900 owed to debtor by purchaser of 1995 Chevy S | 900.00 | 0.00 | | 0.00 | FA |
| 15 | Possible Workers' Compensation Claim | Unknown | 0.00 | | 0.00 | FA |
| 16 | 2006 Ford Focus subject to security interest of | 5,500.00 | 0.00 | | 0.00 | FA |
| 17 | cat | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Hand tools with estimated retail value of $40.00 | 20.00 | 0.00 | | 0.00 | FA |
| 19 | lawn mower with estimated retail value of $60.00 | 30.00 | 0.00 | | 0.00 | FA |
| 20 | Inheritance (post-petition)  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 21 | State Farm (claim re: water/freezing damage)  (u) | 0.00 | 8,678.16 | | 8,678.16 | FA |
| **21** | **Assets**   Totals (Excluding unknown values) | **$145,381.00** | **$8,678.16** | | **$41,178.16** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-73096

**Case Name:** HEAVER, JEANNINE VICTORIA

**Period Ending:** 11/14/14

**Trustee:** (330400)   JOSEPH D. OLSEN

**Filed (f) or Converted (c):** 07/27/09 (f)

**§341(a) Meeting Date:** 08/26/09

**Claims Bar Date:** 12/18/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012      **Current Projected Date Of Final Report (TFR):**   December 31, 2014

Exhibit 9

## Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-73096

**Case Name:** HEAVER, JEANNINE VICTORIA

**Taxpayer ID #:** **-***0866

**Period Ending:** 11/14/14

**Trustee:** JOSEPH D. OLSEN (330400)

**Bank Name:** Rabobank, N.A.

**Account:** ******9066 - Checking Account

**Blanket Bond:** $820,095.60  (per case limit)

**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 05/13/13 | | Chicago Title & Trust Company | sale of 11411 Maple Ave. | | | 22,546.12 | | 22,546.12 |
| | {1} | | | 32,500.00 | 1110-000 | | | 22,546.12 |
| | | Chase Bank USA, N.A. | Tax proration (2) | -972.40 | 2820-000 | | | 22,546.12 |
| | | | Earnest Money | -1,000.00 | 2500-000 | | | 22,546.12 |
| | | | Escrow fee | -442.50 | 2500-000 | | | 22,546.12 |
| | | | Title Insurance | -1,250.00 | 2500-000 | | | 22,546.12 |
| | | | Closing protection letter | -50.00 | 2500-000 | | | 22,546.12 |
| | | | | -3.00 | 2500-000 | | | 22,546.12 |
| | | | State of Illinois Registration Letter | -100.00 | 2500-000 | | | 22,546.12 |
| | | | Transfer tax | -32.50 | 2500-000 | | | 22,546.12 |
| | | | County taxes | -16.25 | 2500-000 | | | 22,546.12 |
| | | | Prudential broker commission | -1,770.00 | 3510-000 | | | 22,546.12 |
| | | | Re/Max broker commission | -775.00 | 3510-000 | | | 22,546.12 |
| | | | Village of Hebron (water bill) | -40.07 | 2500-000 | | | 22,546.12 |
| | | | Assoc. Electric (electrical work) | -659.03 | 2500-000 | | | 22,546.12 |
| | | | Jim Hilton - Assoc. expenses | -111.25 | 2500-000 | | | 22,546.12 |
| | | | Tax proration (1) | -2,731.88 | 2820-000 | | | 22,546.12 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 18.37 | 22,527.75 |
| 06/05/13 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2013 FOR CASE #09-73096, Bond #016018067 | | 2300-000 | | 21.62 | 22,506.13 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 30.22 | 22,475.91 |
| 07/08/13 | 102 | Jeannine V. Heaver | Debtor homestead exemption | | 8100-002 | | 1,500.00 | 20,975.91 |
| 07/15/13 | 103 | United States Bankruptcy Court | Adversary filing fee re: State Farm Insur. | | 2700-000 | | 293.00 | 20,682.91 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 34.01 | 20,648.90 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 29.70 | 20,619.20 |
| 09/06/13 | {21} | State Farm Fire & Casualty Company | Settlement re: water/freezing damage | | 1249-000 | 8,678.16 | | 29,297.36 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 36.57 | 29,260.79 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 46.29 | 29,214.50 |
| 11/07/13 | 104 | David A. Aaby | Per 11/6/13 Order - Pay special counsel | | 3210-600 | | 885.00 | 28,329.50 |

Subtotals :  $31,224.28  $2,894.78

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-73096 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** HEAVER, JEANNINE VICTORIA | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******9066 - Checking Account |
| **Taxpayer ID #:** **-***0866 | **Blanket Bond:** $820,095.60 (per case limit) |
| **Period Ending:** 11/14/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.79 | 28,290.71 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.76 | 28,245.95 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.98 | 28,203.97 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.86 | 28,166.11 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.16 | 28,126.95 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.15 | 28,083.80 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.39 | 28,043.41 |
| 06/03/14 | 105 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2014 FOR CASE #09-73096, Bond #016018067 | 2300-000 | | 26.47 | 28,016.94 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.96 | 27,977.98 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.26 | 27,933.72 |
| 09/24/14 | 106 | JOSEPH D. OLSEN | Dividend paid 100.00% on $4,717.82, Trustee Compensation;  Reference: | 2100-000 | | 4,717.82 | 23,215.90 |
| 09/24/14 | 107 | JOSEPH D. OLSEN | Dividend paid 100.00% on $10,177.04, Trustee Expenses;  Reference: | 2200-000 | | 10,177.04 | 13,038.86 |
| 09/24/14 | 108 | Yalden, Olsen & Willette | Dividend paid 100.00% on $7,515.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 7,515.00 | 5,523.86 |
| 09/24/14 | 109 | United States Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 5,273.86 |
| 09/24/14 | 110 | Chase Bank USA, N.A. | Dividend paid  27.55% on $9,454.67; Claim# 1; Filed: $9,454.67; Reference: | 7100-000 | | 2,605.09 | 2,668.77 |
| 09/24/14 | 111 | Chase Bank USA, N.A. | Dividend paid  27.55% on $189.75; Claim# 2; Filed: $189.75; Reference: | 7100-000 | | 52.29 | 2,616.48 |
| 09/24/14 | 112 | PYOD LLC its successors and assigns as assignee of | Dividend paid  27.55% on $4,660.00; Claim# 3; Filed: $4,660.00; Reference: | 7100-000 | | 1,283.99 | 1,332.49 |
| 09/24/14 | 113 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid  27.55% on $2,632.43; Claim# 4; Filed: $2,632.43; Reference: | 7100-000 | | 725.32 | 607.17 |
| 09/24/14 | 114 | Midland Funding LLC | Combined Check for Claims#5,6 | | | 607.17 | 0.00 |
| | | | Dividend paid 27.55%          503.53 on $1,827.46;  Claim# 5; Filed: $1,827.46 | 7100-000 | | | 0.00 |
| | | | Dividend paid 27.55%          103.64 on $376.16;  Claim# 6; Filed: $376.16 | 7100-000 | | | 0.00 |

Subtotals :                      $0.00          $28,329.50

{} Asset reference(s)

Printed: 11/14/2014 11:08 AM    V.13.15

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-73096

**Case Name:** HEAVER, JEANNINE VICTORIA

**Taxpayer ID #:** **-***0866

**Period Ending:** 11/14/14

**Trustee:** JOSEPH D. OLSEN (330400)

**Bank Name:** Rabobank, N.A.

**Account:** ******9066 - Checking Account

**Blanket Bond:** $820,095.60  (per case limit)

**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 31,224.28 | 31,224.28 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 31,224.28 | 31,224.28 | |
| | | | Less: Payments to Debtors | | | 1,500.00 | |
| | | | NET Receipts / Disbursements | | $31,224.28 | $29,724.28 | |

| | |
|---|---|
| Net Receipts : | 31,224.28 |
| Plus Gross Adjustments : | 9,953.88 |
| Less Payments to Debtor : | 1,500.00 |
| Net Estate : | $39,678.16 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******9066** | 31,224.28 | 29,724.28 | 0.00 |
| | $31,224.28 | $29,724.28 | $0.00 |

{} Asset reference(s)

Printed: 11/14/2014 11:08 AM    V.13.15